99 F.3d 1129
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Grover DRUMMOND, Plaintiff-Appellant,
v.
STATE of Maryland, Defendant-Appellee.
 No. 96-2160.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 17, 1996.
Decided Oct. 23, 1996.
 
 Grover Drummond, Appellant Pro Se.
 John Joseph Curran, Jr., Attorney General, Baltimore, Maryland, for Appellee.
 D.Md.
 AFFIRMED.
 Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his civil complaint wherein he alleged discrimination by state employees who constantly spy on and otherwise hinder him. The district court dismissed the complaint as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Drummond v. Maryland, No. CA-96-1292-K (D.Md. July 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED